**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| FREDRICK AFRIYIE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:26-cv-298<br><br><br>District Judge Michael J. Newman<br>Magistrate Judge Peter B. Silvain, Jr. |

## NOTICE TO PRO SE PLAINTIFFS OF MOTION TO DISMISS

Plaintiffs Fredrick Afriyie and Branasha Derica Wheaton are hereby notified that Defendants filed a Motion to Dismiss on October 22, 2026. (Doc. #6). Plaintiffs should receive a copy of the Motion directly from Defendants.

Plaintiffs' response must be filed with the Court not later than **November 16, 2026**. *See* S.D. Ohio Civ. R. 7.2(a). If Plaintiffs fail to file a timely response, Defendants' Motion to Dismiss may be granted and Plaintiffs' case dismissed.

October 23, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge